**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOSMA VENTURES, INC., ) | CV 14-00891-RSWL-FFMx |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| ) | Whether Defendant |
| v. ) | Hossein Givi is Ready |
| ) | for Trial |
| ) | |
| HOSSEIN GIVI, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    Federal Rule of Civil Procedure 16(a)(3) requires a party to file a witness list and exhibit list before the Final Pretrial Conference.  Fed. R. Civ. P. 16(a)(3).  Pursuant to this Court's Local Rules, "[n]ot later than twenty-one (21) days before the Final Pretrial Conference, each party shall serve and file a Memorandum of Contentions of Fact and Law."  L.R. 16-4.  Each party must also serve a witness list containing the information required under Federal Rule of Civil

1

Procedure 26(a)(3)(A).  L.R. 16-5.  Lastly, the parties must file a joint list of exhibits in accordance with Local Rule 16-6 and Federal Rule of Civil Procedure 26(a)(3)(A)(iii).  L.R. 16-6.1.  Defendant Hossein Givi ("Defendant") failed to make any of these required filings.

Accordingly, Defendant is **HEREBY ORDERED TO SHOW CAUSE**, in writing, on or before **12:00 PM on February 2, 2016**, whether Defendant is ready to move forward with trial.

**IT IS SO ORDERED.**

DATED: January 20, 2016      RONALD S.W. LEW
                             ─────────────────────────
                             **HONORABLE RONALD S.W. LEW**
                             Senior U.S. District Judge